# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kerri Davis, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING IN PART** |
| | ) | **STIPULATION TO EXTEND TIME** |
| vs. | ) | |
| | ) | |
| State Farm Fire and Casualty Company, | ) | |
| | ) | Case No. 1:12-cv-053 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Stipulation to Extend Time" filed February 28, 2014, in which the parties agree to an indefinite extension of plaintiff's deadline to respond to defendant's motion for partial summary judgment. Because the court needs time to resolve the motion before the jury trial scheduled to begin on June 23, 2014, the court will not extend the deadline to respond to the outstanding motion indefinitely. Consequently, the court **ADOPTS IN PART** the Stipulation to Extend Time (Docket No. 50) and **ORDERS** that plaintiff's response to defendant's Motion for Partial Summary Judgment (Docket No. 42) shall be due on or before April 1, 2014.

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2014.

                                                             */s/ Charles S. Miller, Jr.*
                                                             Charles S. Miller, Jr., Magistrate Judge
                                                             United States District Court